Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
teamkimmel@creditlaw.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TOMMIE DONALDSON, | § § | |
| Plaintiff, | § § | Civil Action No. 2:19-cv-07962 RGK-MRW |
| v. | § § | |
| FULL CIRCLE FINANCIAL SERVICES, LLC, | § § § | |
| Defendant. | § § § | |

## **NOTICE OF SETTLEMENT**

TO THE CLERK:  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement.

RESPECTFULLY SUBMITTED,

DATED: 3-6-20

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Thomas F. Landers, Esq.
Matthew T. Arvizu, Esq.
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: 619-231-0303
tlanders@swsslaw.com
marvizu@swsslaw.com
Attorneys for Defendant

Dated: March 6, 2020      By: /s/ Amy L. Bennecoff Ginsburg
　　　　　　　　　　　　　　　Amy L. Bennecoff Ginsburg, Esq.
　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　30 E. Butler Avenue
　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　Tel: 215-540-8888
　　　　　　　　　　　　　　　Fax: 215-540-8817
　　　　　　　　　　　　　　　aginsburg@creditlaw.com