Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
teamkimmel@creditlaw.com
Attorney for Plaintiff

Thomas F. Landers (SBN 207335)
Matthew T. Arvizu (SBN 313933)
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: 619-231-0303
tlanders@swsslaw.com
marvizu@swsslaw.com
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TOMMIE DONALDSON, | § § | |
| Plaintiff, | § § | Civil Action No. 2:19-cv-07962 RGK-MRW |
| v. | § § | |
| FULL CIRCLE FINANCIAL SERVICES, LLC, | § § § § | |
| Defendant. | § § § | |

## STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and attorneys fees.

| | |
|---|---|
| /s/ Thomas F. Landers<br>Thomas F. Landers, Esq.<br>Matthew T. Arvizu, Esq.<br>Solomon Ward Seidenwurm & Smith, LLP<br>401 B Street, Suite 1200<br>San Diego, California 92101<br>Telephone: 619-231-0303<br>tlanders@swsslaw.com<br>marvizu@swsslaw.com<br>Attorneys for Defendant<br><br>Date: March 6, 2020 | /S/ Amy L. Bennecoff Ginsburg<br>Amy L. Bennecoff Ginsburg Esq.<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Phone: (215) 540-8888<br>Fax: (215) 540-8817<br>Email: aginsburg@creditlaw.com<br>Attorney for the Plaintiff<br><br>Date: March 6, 2020 |

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Thomas F. Landers, Esq.
Matthew T. Arvizu, Esq.
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
tlanders@swsslaw.com
marvizu@swsslaw.com
Attorneys for Defendant

DATED:  March 6, 2020           /s/ Amy L. Bennecoff Ginsburg
                                Amy L. Bennecoff Ginsburg Esq.
                                Kimmel & Silverman, P.C.
                                30 East Butler Pike
                                Ambler, PA 19002
                                Tel: 215-540-8888
                                Fax: 215-540-8817
                                Email: teamkimmel@creditlaw.com
                                Attorney for Plaintiff